*Arnold Schildhaus* for appellant.

*Beatrice Shainswit* and *Robert H. Schaffer* for respondent.

Appeal dismissed, with costs, for the reasons stated in the following memorandum: While a constitutional right to withdraw real property from the rental market exists in an appropriate case, this appeal must be dismissed upon the ground that the asserted constitutional questions are not directly and necessarily involved in the decision appealed from (*Matter of Kaney* v. *New York State Civil Service Comm.*, 298 N. Y. 570; *Matter of Haydorn* v. *Carroll*, 225 N. Y. 84).

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK (VILLAGE OF LARCHMONT), Respondent, *v.* PHIL E. GILBERT, JR., Appellant.

Argued June 4, 1954; decided July 14, 1954.

774

*Robert E. Young* for appellant.

*Samuel Faile, District Attorney (George P. Forbes, Jr.*, of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.

RUTH LIPTON, Individually and as Executrix of CONRAD LIPTON, Deceased, et al., Respondents, *v.* LOCKHEED AIRCRAFT CORPORATION et al., Defendants, and CURTISS-WRIGHT CORPORATION, Appellant.

Argued May 27, 1954; decided July 14, 1954.